Circuit and motion for leave to proceed further *in forma pauperis* denied. *Mr. Sam Pugliese, pro se.* No appearance for respondent.

Nos. 594 and 595. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* NEW YORK CENTRAL R. Co.; and

No. 596. NEW YORK CENTRAL R. Co. *v.* COMMISSIONER OF INTERNAL REVENUE. December 23, 1935. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Reed* for the Commissioner. *Messrs. Clive C. Handy* and *Jacob Aronson* for the New York Central R. Co.

No. 611. LEATHEM SMITH-PUTNAM NAVIGATION Co. *v.* OSBY ET AL. December 23, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles E. Kremer* for petitioner. *Mr. Lawrence Duncan Lloyd* for respondents.

No. 648. GILLIS *v.* NEW YORK CITY. January 6, 1936. Petition for writ of certiorari to the Supreme Court of New York and motion for leave to proceed further *in forma pauperis* denied. *Mr. Silas B. Axtell* for petitioner. No appearance for respondent.

No. 623. FRAZIE *v.* ORLEANS DREDGING Co. January 6, 1936. Petition for writ of certiorari to the Supreme Court of Mississippi denied, for the want of a final judgment. *Messrs. S. B. Laub, Wm. H. Watkins,* and *Joseph E. Brown* for petitioner. *Messrs. Gerard Brandon* and

654

*Gerard H. Brandon* for respondent.

No. 513. LIPMAN *v.* GOEBEL ET AL. January 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Harry N. Pritzker* for petitioner. No appearance for respondents.

No. 592. SHREVE ET AL. *v.* UNITED STATES. January 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Leslie C. Hardy* for petitioners. *Solicitor General Reed* and *Assistant Attorney General Keenan* for the United States.

No. 598. TWIN FALLS LAND & WATER Co. *v.* TWIN FALLS CANAL Co. January 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. W. G. Bissell* and *Branch Bird* for petitioner. No appearance for respondent.

No. 600. LINCOLN MORTGAGE & TITLE GUARANTY Co. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. January 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Merritt Lane* and *Samuel Kaufman* for petitioners. *Solicitor General Reed*, *Assistant Attorney General Wideman*, and *Messrs. Sewall Key* and *Morton K. Rothschild* for respondent.